# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:19-MJ-329-DCK

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: ) | |
| ) | |
| ALL FUNDS in SUNTRUST BANK ACCOUNT ) | |
| ENDING IN 7069, IN THE NAME OF HAL H. ) | |
| BROWN, D/B/A THE OODLES COMPANY ) | |
| ) | |
| ALL FUNDS in SUNTRUST BANK ACCOUNT ) | |
| ENDING IN 6799, IN THE NAME OF HAL H. ) | |
| BROWN, D/B/A THE OODLES COMPANY ) | |
| ) | **ORDER** |
| ALL FUNDS up to $9,855 in SUNTRUST BANK ) | |
| ACCOUNT ENDING IN 6957, IN THE NAME OF ) | |
| HAL H. BROWN, JR. and ) | |
| STEPHANIE BROWN, ) | |
| ) | |
| ALL FUNDS up to $344,6600 in SUN TRUST BANK ) | |
| ACCOUNT ENDING IN 3727, IN THE NAME OF ) | |
| HAL BROWN, JR. and ) | |
| STEPHANIE BROWN, ) | |
| _____ ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion To Unseal" (Document No. 5) filed December 3, 2019. Having carefully considered the motion and the record, and for good cause, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Government's Motion To Unseal" (Document No. 5) is **GRANTED**.

**IT IS FURTHER ORDERED** that the applications, warrants, and affidavit submitted in connection with this matter be **UNSEALED**.

Signed: December 10, 2019

_____
David C. Keesler
United States Magistrate Judge